UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61257-CIV-ALTONAGA/O'Sullivan

MATTHEW STROUT,

       Plaintiff,

v.

SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

       Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion . . . ("Motion") [ECF No. 56], filed January 4, 2016, seeking sanctions regarding, and dismissal of, Count III of the Amended Complaint [ECF No. 15]. The Court is currently reviewing the parties' pending cross-motions for summary judgment ("Motions for Summary Judgment") [ECF Nos. 45, 47]. As such, the Court will not at this time entertain Defendant's premature Motion. Defendant will have an opportunity to seek sanctions after the Motions for Summary Judgment have been decided. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 56]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of January, 2016.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:      counsel of record;